IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TYSON DELANDRE PITTMAN,

    Plaintiff,

v.                                                              Case No. 4:18cv229-MW/CAS

A. J. TONY SMITH, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with an order of this Court." The Clerk shall close the file.

**The Clerk shall mail a copy of this order to Defendant to his address as shown on ECF No. 9, Taylor Correctional Institution.**

SO ORDERED on February 20, 2019.

                                          s/ MARK E. WALKER
                                          **Chief United States District Judge**